UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEDA RAZAVI,<br><br>    Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | Case No.18-cv-04768-LHK (VKD)<br><br>**ORDER RE DEFENDANT'S MOTION TO COMPEL DISCOVERY AND FOR MONETARY SANCTIONS**<br><br>Re: Dkt. No. 25 |

Defendant Abbott Laboratories has filed a noticed motion to compel written discovery and for monetary sanctions. Dkt. No. 25. Ordinarily, this Court entertains discovery disputes through the submission of a joint discovery letter brief, pursuant to the discovery dispute procedure outlined in the undersigned's Standing Order for Civil Cases.[1] The parties are directed to comply with that Standing Order with respect to their present dispute over defendant's written discovery requests.

The Court will defer ruling on Abbott Laboratories' request for monetary sanctions until after the dispute over defendant's written discovery requests is resolved. As may be necessary or appropriate following such resolution, the Court will provide plaintiff an opportunity to oppose the motion for sanctions and may set the matter for a hearing.

**IT IS SO ORDERED.**

Dated: February 21, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge

---

[1] https://cand.uscourts.gov/filelibrary/3438/Standing-Order-for-Civil-Cases-January-2019.pdf.