UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEDA RAZAVI,<br><br>    Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | Case No.18-cv-04768-LHK (VKD)<br><br>**ORDER SETTING BRIEFING AND HEARING SCHEDULE RE DEFENDANT'S MOTION FOR SANCTIONS**<br><br>Re: Dkt. No. 25 |

The Court previously deferred ruling on defendant's pending motion for sanctions until it resolved the parties' underlying dispute concerning defendant's written discovery requests. Dkt. No. 26. Having issued its ruling on that underlying dispute, the Court now sets the following briefing and hearing schedule on the motion for sanctions (Dkt. No. 25):

Plaintiff's opposition shall be filed no later than March 20, 2019.

Defendant's reply shall be filed no later than March 27, 2019.

A hearing is set for April 16, 2019, 10:00 a.m. in Courtroom 2, Fifth Floor.[1]

**IT IS SO ORDERED.**

Dated: March 6, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge

---

[1] The previously noticed April 2, 2019 hearing date is vacated.